**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DARIN MATHEWS and RONALD REEVES, individually and on behalf of all others similarly situated, | CIVIL ACTION |
| Plaintiff, | FILE NO. 1:22-cv-02605-ELR |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Civil Local Rule 5.4, counsel for Plaintiffs hereby certifies that on October 27, 2023 they served by statutory electronic service a true and correct copy of:

1. *Notice of Rule 30(b)(6) Deposition of Home Depot USA, Inc.*

to the following counsel of record:

S. Stewart Haskins II, Esq.
J. Andrew Pratt, Esq.
Mandi Goodman, Esq.
Robert Griest, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
shaskins@kslaw.com
apratt@kslaw.com
mgoodman@kslaw.com
rgriest@kslaw.com.com

**BAYUK PRATT, LLC**

*/s/Bradley W. Pratt*
Bradley W. Pratt
Georgia Bar No. 586672
4401 Northside Pkwy, Suite 390
Atlanta, Georgia 30327
Telephone: (404) 500-2669
bradley@bayukpratt.com

**THE LOCKETT LAW FIRM LLC**

*/s/John Lockett*
John A. Lockett, III
Georgia Bar No. 455549
Alexander M. Heideman
Georgia Bar No.: 159212
1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 806-7448
john@lockettlawfirm.com
**CROSS KINCAID**

*/s/Meredith C. Kincaid*
Meredith C. Kincaid
Georgia Bar No. 148549
520 W. Ponce de Leon Avenue #1858
Decatur, Georgia 30030
Telephone: (404) 948-3022
meredith@crosskincaid.com

*Counsel for Plaintiffs*