## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DARIN MATHEWS and RONALD
REEVES, individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

HOME DEPOT USA, INC.,

      Defendant.

CIVIL ACTION

FILE NO. 1:22-cv-02605-ELR

## MOTION AND BRIEF IN SUPPORT FOR LEAVE TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, MEMORANDUM OF LAW IN SUPPORT, AND DEPOSITION TRANSCRIPTS UNDER SEAL

COMES NOW Plaintiffs Darin Mathews and Ronald Reeves and in support of their Motion for Leave to File Under Seal the Plaintiffs' Motion for Class Certification, Memorandum of Law in Support and Deposition Transcripts Under Seal show the court as follows.

On June 20, 2023, this Court entered an Amended Stipulated Confidentiality and Protective Order governing discovery in this case that permitted the parties to designate discovery material, or information compiled from discovery material, as either "Confidential" or "Confidential—Attorney's Eyes Only".

Because Plaintiffs' Motion for Class Certification, Memorandum of Law in Support and deposition transcripts submitted in support of the motion contain information designated either "Confidential" or "Confidential—Attorney's Eyes Only", Plaintiffs hereby move the Court for permission to file Plaintiffs' Motion for Class Certification, Memorandum of Law in Support and deposition transcripts submitted in support of the motion under seal in accordance with this Court's Local Rules, Instructions for Cases Assigned to The Honorable Eleanor L. Ross, and the Amended Stipulated Protective Order.

A proposed Order is filed concurrently herewith.

**BAYUK PRATT, LLC**

*/s/Bradley W. Pratt*
Bradley W. Pratt
Georgia Bar No. 586672
4401 Northside Pkwy, Suite 390
Atlanta, Georgia 30327
Telephone: (404) 500-2669
bradley@bayukpratt.com

**THE LOCKETT LAW FIRM LLC**
*/s/John A. Lockett III*
John A. Lockett III
Georgia Bar No. 455549
Alexander M. Heideman
Georgia Bar No.: 159212
1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 806-7448
john@lockettlawfirm.com

**CROSS KINCAID LLC**

*/s/Meredith C. Kincaid*
Meredith C. Kincaid
Georgia Bar No. 148549
315 W. Ponce de Leon Ave, Suite 715
Decatur, Georgia 30030
Telephone: (404) 948-3022
meredith@crosskincaid.com

*Counsel for Plaintiffs and Proposed
Intervenor E&G*

## **LOCAL RULE 7.1 COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1(B).

/s/Bradley W. Pratt
Bradley W. Pratt
Georgia Bar No. 586672