# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARIN MATHEWS and RONALD REEVES, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>　　Defendant. | CIVIL ACTION<br><br>FILE NO.: 1:22-cv-02605-ELR<br><br>JURY TRIAL DEMANDED |

## HOME DEPOT U.S.A., INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**Provisionally Filed Under Seal**

i