UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARIN MATHEWS, individually and on behalf of all others similarly situated, et al,<br>　　　　Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-02605-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 14th day of February, 2025.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:　/s/Benjamin G. Thurman
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 14, 2025
Kevin P. Weimer
Clerk of Court

By: /s/Benjamin G. Thurman
　　　Deputy Clerk